IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS CORP., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:18-cv-01479-KOB |
| PRIORITY HEALTHCARE CORP., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Harlan I. Prater IV moves the Honorable Court for an Order withdrawing as counsel of record for defendants Geneva Owalt, Melissa "Missy" Sheffield, and Ashley Tigrett.  Defendants Geneva Owalt, Melissa "Missy" Sheffield, and Ashley Tigrett will not be prejudiced by the withdrawal and will continue to be represented by William C. Athanas of the law firm of Waller Lansden Dortch & Davis, LLP.

Respectfully submitted,

/s/ *Harlan I. Prater IV*
One of the Attorneys for Defendants Priority Healthcare Corporation; Priority Care Pharmacy, LLC; Amory Priority Care Pharmacy, LLC; Priority Care Pharmacy

Services, LLC; Priority Care Medical Supply, LLC; Priority Care Pharmacy Solutions, LLC; Amory Discount Pharmacy, LLC; Priority Care Pharmacy at Cotton Gin Point, LLC; Priority Care Pharmacy 2, LLC; Jasper Express Care Pharmacy LLC; Vincent Priority Care Pharmacy, LLC; Vincent Express Care Pharmacy, LLC; Vickers Priority Care Pharmacy, LLC; Carbon Hill Express Care Pharmacy, LLC; Bowie's Priority Care Pharmacy, LLC; Bowie's Express Care Pharmacy, LLC; B&K Priority Care Pharmacy, LLC; B&K Express Care Pharmacy, LLC; Tombigbee Pharmacy, LLC; Main Street Drugs, LLC; Medical Park Pharmacy, Inc.; Medical Park Discount Pharmacy, LLC; Burns Drugstore, Inc.; Burns Discount Drug Store, LLC; Ozark Family Pharmacy, LLC; Medpoint Advantage, LLC; Medpoint Pharmacy Benefit Managers, LLC; Konie Minga; Phillip Anthony Minga; Wesley Minga; Christopher Daniel Knotts; Daniel Baker; Geneva Oswalt; Melissa "Missy" Sheffield; and Ashley Tigrett ("Defendants")

OF COUNSEL:
Harlan I. Prater IV
*hprater@lightfootlaw.com*
Jackson R. Sharman III
*jsharman@lightfootlaw.com*
Wesley B. Gilchrist
*wgilchrist@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
Amie A. Vague
*avague@lightfootlaw.com*
Christine E. Gwinn-Ross
*cgwinn@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
(205) 581-0700
(205) 581-0799 (facsimile)

  *And*

Derrelle M. Janey (PHV)
*djaney@gottliebbjaney.com*
Annie M. Friedman (PHV)
*afriedman@gottliebbjaney.com*
GOTTLIEB & JANEY LLP
111 Broadway Street, Suite 701
New York, New York 10006
(212) 566-7766
(212) 374-1506 (facsimile)

## CERTIFICATE OF SERVICE

  I hereby certify that on March 25, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will serve a copy upon all counsel of record.

      */s/ Harlan I. Prater IV*
      Of Counsel