FILED
2019 Mar-25  AM 11:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROCHE DIAGNOSTICS CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRIORITY HEALTHCARE CORP., *et al.*, <br><br> Defendants. | Case No. 2:18-CV-01479-KOB |

## **MOTION TO WITHDRAW**

Derrelle M. Janey moves the Honorable Court for an Order withdrawing as counsel of record for defendants Geneva Oswalt, Melissa "Missy" Sheffield, and Ashley Tigrett. Defendants Geneva Oswalt, Melissa "Missy" Sheffield, and Ashley Tigrett will not be prejudiced by the withdrawal and will continue to be represented by William C. Athanas of the law firm of Waller Lansden Dortch & Davis, LLP.

Respectfully submitted,

*/s/ Derrelle M. Janey*
Derrelle M. Janey, Esq.
*Pro Hac Vice*
GOTTLIEB & JANEY LLP
111 Broadway, Suite 701
New York, New York 10006
*djaney@gottliebjaney.com*
(212) 566-7766 (telephone)
(212) 374-1506 (facsimile)

One of the Attorneys for Priority Healthcare Corporation; Priority Care Pharmacy LLC; Amory Priority Care Pharmacy LLC; Priority Care Pharmacy Services LLC; Priority Express Care Pharmacy LLC; Priority Care Pharmacy Solutions LLC; Amory Discount Pharmacy LLC; Priority Care Pharmacy at Cotton Gin Point LLC; Priority Care Pharmacy 2 LLC; Jasper Express Care Pharmacy LLC; Vincent Priority Care Pharmacy LLC; Vincent Express Care Pharmacy LLC; Vickers Priority Care Pharmacy LLC; Carbon Hill Express Care Pharmacy LLC; Bowie's Priority Care Pharmacy LLC; Bowie's Express Care Pharmacy LLC; B&K Priority Care Pharmacy LLC; B&K Express Care Pharmacy LLC; Tombigbee Pharmacy LLC; Main Street Drugs LLC; Yellowhammer Pharmacy Services Corporation; Medical Park Discount Pharmacy LLC; Burns Discount Drug Store LLC; Ozark Family Pharmacy LLC; Priority Care Professional Staffing LLC; Medpoint Inc.; Medpoint LLC; Medpoint Advantage LLC; Professional Healthcare Staffing LLC; Medpoint Pharmacy Benefit Managers LLC; Konie Minga; Phillip Anthony Minga;

2

        Wesley Minga; Christopher Daniel Knotts; and Daniel Baker.

OF COUNSEL:
Harlan I. Prater IV
*hprater@lightfootlaw.com*
Jackson R. Sharman III
*jsharman@lightfootlaw.com*
Wesley B. Gilchrist
*wgilchrist@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
Amie A. Vague
*avague@lightfootlaw.com*
Christine E. Gwinn-Ross
*cgwinn@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
(205) 581-0700
(205) 581-0799 (facsimile)

## CERTIFICATE OF SERVICE

      On this 25th day of March, 2019, I certify that a copy of the foregoing was served all counsel of record through this Court's electronic filing system.

        */s/ Derrelle M. Janey*
        Derrelle M. Janey, Esq.
        *Pro Hac Vice*
        GOTTLIEB & JANEY LLP
        111 Broadway, Suite 701
        New York, New York 10006
        *djaney@gottliebjaney.com*
        (212) 566-7766 (telephone)
        (212) 374-1506 (facsimile)