# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROCHE DIAGNOSTICS CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRIORITY HEALTHCARE CORPORATION D/B/A PRIORITY CARE, *et al.*, <br><br> Defendants. | Case No. 2:18-cv-01479-KOB-HNJ <br><br> **JOINT STIPULATION** |

Whereas, Plaintiffs filed a Motion to Freeze Certain Assets on October 21, 2019;

Whereas, on October 23, 2019, the Court entered an Order granting Plaintiffs a Temporary Restraining Order and setting a hearing on Plaintiffs' requested Preliminary Injunction for October 30, 2019 (Doc. 261);

Whereas, the Court's Order of October 24, 2019 stated that "[a]ll affiants, including those providing affidavits as part of Roche's initial evidence, must be available in court at the preliminary injunction hearing for cross-examination, unless the opposing side advises otherwise" (Doc. 263 at 2);

Whereas, in advance of the Preliminary Injunction hearing, the defendants have agreed that Plaintiff's affiant Kerri McAleavey will not be cross-examined or examined;

It is therefore stipulated and agreed between undersigned counsel for Plaintiffs and Defendants[1] that:

1. Roche's affiant Kerri McAleavey will not testify at the October 30, 2019 Preliminary Injunction hearing.

2. Roche may use as evidence and rely on the Declaration of Kerri McAleavey and its Exhibits (Docs. 252-3, 252-8 to 252-11) at the October 30, 2019 Preliminary Injunction hearing.

3. Roche will not use this Declaration of Kerri McAleavey in any other proceeding in this litigation or in any other related proceeding involving the Defendants in this case.

4. Nothing in this stipulation affects Roche's right to introduce a declaration or testimony from Ms. McAleavey in the future, including a declaration or testimony containing the same or materially the same substance as this Declaration, and nothing in this stipulation affects Defendants' right to cross-examine, object to, or otherwise oppose any such declaration or testimony.

Dated: October 29, 2019

Consented to and Agreed by:

*/s/ Geoffrey Potter*        */s/ Jackson R. Sharman III*
Geoffrey Potter              Jackson R. Sharman III

---

[1] Konie Minga, Daniel Baker, and the Corporate Defendants identified in the signature block.

2

Aron Fischer
Timothy H. Gray
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Tel: 212-336-2000
Fax: 212-336-2222
gpotter@pbwt.com
afischer@pbwt.com
tgray@pbwt.com

David J. Canupp
James Bradley Emmons
LANIER FORD SHAVER & PAYNE, P.C.
2101 W. Clinton Avenue, Suite 102
Huntsville, AL 35804
Tel: 256-535-1100
djc@LanierFord.com
jbe@LanierFord.com
*Attorneys for Plaintiffs
Roche Diagnostics Corporation and
Roche Diabetes Care, Inc.*

Harlan I. Prater, IV
Wesley B. Gilchrist
Jeffrey P. Doss
Amie A. Vague
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
Tel: 205-581-0700
hprater@lightfootlaw.com
jsharman@lightfootlaw.com
wgilchrist@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

Derrelle M. Janey
Annie Friedman
GOTTLIEB & JANEY LLP
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: 212-566-7766
Fax: 212-374-1506
djaney@gottliebjaney.com
afriedman@gottliebjaney.com
*Attorneys for Defendants Priority Healthcare Corporation; Priority Care Pharmacy LLC; Amory Priority Care Pharmacy LLC; Priority Care Pharmacy Services LLC; Priority Express Care Pharmacy LLC; Priority Care Pharmacy Solutions LLC; Amory Discount Pharmacy LLC; Priority Care Pharmacy at Cotton Gin Point LLC; Priority Care Pharmacy 2 LLC; Jasper Express Care Pharmacy LLC; Vincent Priority Care Pharmacy LLC; Vincent Express Care Pharmacy LLC; Vickers Priority Care*

3

*Pharmacy LLC; Carbon Hill Express Care Pharmacy LLC; Bowie's Priority Care Pharmacy LLC; Bowie's Express Care Pharmacy LLC; B&K Priority Care Pharmacy LLC; B&K Express Care Pharmacy LLC; Tombigbee Pharmacy LLC; Main Street Drugs LLC; Yellowhammer Pharmacy Services Corporation; Medical Park Discount Pharmacy LLC; Burns Discount Drug Store LLC; Ozark Family Pharmacy LLC; Priority Care Professional Staffing LLC; Medpoint Inc.; Medpoint LLC; Medpoint Advantage LLC; Professional Healthcare Staffing LLC; Medpoint Pharmacy Benefit Managers LLC; Konie Minga; and Daniel Baker.*

4

## CERTIFICATE OF SERVICE

The foregoing was filed electronically this 29th day of October, 2019. Notice of this filing will be sent to all attorneys of record by the Court's CM/ECF system.

                                                              */s/ Geoffrey Potter*