# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROCHE DIAGNOSTICS CORP., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:18-CV-01479-KOB-HNJ |
| ) | |
| PRIORITY HEALTHCARE CORP., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE AND ENTRY OF APPEARANCE

**COME NOW**, the undersigned, Samuel R. McCord and Samuel R. McCord, Jr. and enter this appearance for Defendant Priority Healthcare Corp. and Konie Minga, individually and in her capacity as owner, member, or shareholder of any and all Defendants for which she maintains any ownership or legal interest therein and specifically SunTrust Bank account number 1000169002952 and 1000202287628 in the name of "KJM Holdings, LLC"; TD Ameritrade account number 864-698902 in the name of "Capital Asset Management, LLC"; and E*Trade Securities account number 5561-2911 in the name of "Minga Investments, LLC" (accounts).

_____
Samuel R. McCord
Attorney for Defendants

_____
Samuel R. McCord, Jr.
Attorney for Defendants