FILED
2019 Nov-19  PM 01:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROCHE DIAGNOSTICS CORP.,** *et al.,* | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No. 2:18-cv-01479-KOB-TMP** |
| **PRIORITY HEALTHCARE CORP.,** *et al.,* | ) ) ) | |
| **Defendants.** | ) ) | |

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

Comes now Samuel R. McCord, Sr. and pursuant to Local Rule 83.1(b) respectfully requests the admission *pro hac vice* of Michael F. Bachner to represent Defendant Konie Minga in this case.  In support of this Motion, movant submits the following declaration of Michael F. Bachner:

1.  I am a partner with Bachner & Associates, P.C. at 39 Broadway, Suite 1610, New York, New York 10006.  My business contact information is as follows:

    Telephone:   (212) 344-7778
    Facsimile:   (212) 344-7774
    E-Mail:      *mb@bhlawfirm.com*

2.  I reside at: 18 Metzger Drive West Orange, NJ 07052

3.     I am admitted to practice before the following courts:

| Court | Date of Admission |
|---|---|
| Second Circuit Court of Appeals | 1/27/2010 |
| New Jersey State Bar | 12/16/1982 |
| U.S. District Court, Southern District of New York | 6/15/1982 |
| U.S. District Court, Eastern District of New York | 6/15/1982 |
| U.S. District Court, District of New Jersey | 12/16/82 |

4. I am in good standing and eligible to practice in all courts to which I have been admitted.

5. A certificate of good standing from the United States District Court for the Southern District of New York is attached as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Michael F. Bachner

The undersigned movant is a member in good standing of the bar of this court and will serve as local counsel in these proceedings.  Payment of the requisite fee is being submitted to the Clerk of Court.

Accordingly, I request the admission *pro hac vice* of Michael F. Bachner to represent the Defendant Konie Minga in this case.

/s/ Samuel R. McCord Sr.

Samuel R. McCord, Sr.
2151 Highland Avenue South, Suite 220
Birmingham, Alabama 35205
Telephone: 205-252-2100
Facsimile: 205-252-2187
Email: sam@samuelrmccord.com

# EXHIBIT A

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__MICHAEL   FRED   BACHNER__ , Bar # ___MB7719___

was duly admitted to practice in the Court on

_____June 15, 1982_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.          On   ___November 14, 2019___
New York, New York

___Ruby J. Krajick___          By
Clerk of Court                      Deputy Clerk

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will serve a copy upon all counsel of record.

/s/____*Samuel R. McCord*
Of counsel

4