# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ROCHE DIAGNOSTICS CORP., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 2:18-CV-01479-KOB-HNJ |
| | ) |
| **PRIORITY HEALTHCARE CORP., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER FOR CLARIFICATION

This matter comes before the court regarding Samuel R. McCord and Samuel R. McCord, Jr.'s notice of appearance. (Doc. 289.) The Misters McCord entered their appearance on behalf of Defendants Priority Healthcare Corporation and "Konie Minga, individually and in her capacity as owner, member, or shareholder of any and all Defendants for which she maintains any ownership or legal interest." *Id.* More than 30 corporate Defendants remain in this suit, and Plaintiff Roche alleges that Konie Minga maintains ownership or legal interest in many—if not all—remaining corporate Defendants.

To clarify which Defendants have representation, the court **ORDERS** the McCords to file a written explanation, on or before November 25, 2019, that specifies by name exactly which Defendants they represent.

**DONE** and **ORDERED** this 20th day of November, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE